**Dorothy MCKAY; Diana Kilgore; Phillip Willms; Fred Kogen; David Weiss; The CRPA Foundation, Plaintiffs–Appellants,**

v.

**Sheriff Sandra HUTCHENS, individually and in her official capacity as Sheriff of Orange County, California; Orange County Sheriff Coroner Department, Defendants–Appellees.**

No. 12-57049

United States Court of Appeals, Ninth Circuit.

Argued and Submitted October 7, 2013 Pasadena, California

Filed September 7, 2016

Anna Barvir, Sean Anthony Brady, Glenn McRoberts, Attorneys, Carl D. Michel, Esquire, Senior Attorney, Michel & Associates, P.C., Long Beach, CA, for Plaintiffs–Appellants.

Elizabeth Pejeau, Counsel, Marianne Van Riper, County Counsel's Office for the County of Orange, Santa Ana, CA, for Defendants–Appellees.

Cameron Robert Cloar, Assistant Counsel, Nixon Peabody LLP, San Francisco, CA, Amicus Curiae for LAW CENTER TO PREVENT GUN VIOLENCE.

Stephen Porter Halbrook, Attorney, Fairfax, VA, Amicus Curiae for CONGRESS OF RACIAL EQUALITY.

Paul B. Salvaty, Hogan Lovells US LLP, Los Angeles, CA, Amicus Curiae for BRADY CENTER TO PREVENT GUN VIOLENCE, RON DAVIS and LUCIA MCBATH, Parents of JORDAN DAVIS; MAJOR CITIES CHIEFS ASSOCIATION; and INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS.

John C. Eastman, THE CLAREMONT INSTITUTE CENTER FOR CONSTITUTIONAL JURISPRUDENCE c/o Chapman Univ. School of Law, Orange, CA, Amicus Curiae—Pending for CENTER FOR CONSTITUTIONAL JURISPRUDENCE.

David Kopel, Independence Institute, Denver, CO, Amicus Curiae—Pending for INTERNATIONAL LAW ENFORCEMENT EDUCATORS AND TRAINERS ASSOCIATION, INTERNATIONAL ASSOCIATION OF LAW ENFORCEMENT FIREARMS INSTRUCTORS, INC., INDEPENDENCE INSTITUTE.

Don Kates, Michel & Associates, P.C., Long Beach, CA, Amicus Curiae—Pending for THE GUN OWNERS OF CALIFORNIA, H. L. RICHARDSON.

Matt Bower, Assistant General Counsel, NRA Office of the General Counsel, Fairfax, VA, Amicus Curiae—Pending for NRA CIVIL RIGHTS DEFENSE FUND.

Before: PREGERSON, WARDLAW, and TALLMAN, Circuit Judges.

## MEMORANDUM *

On November 12, 2013, we vacated submission and stayed proceedings pending resolution of *Peruta v. County of San Diego*, No. 10–56971. We now resubmit the case and affirm the district court's judgment.

In *Peruta v. County of San Diego*, 824 F.3d 919 (9th.Cir. 2016) (en banc), we held that a member of the general public does not have a right under the Second Amendment to carry a concealed firearm in public, and that a state may impose any restriction, including a showing of good cause, on concealed carry. *Id.* at 939. The San Diego and Yolo County Sheriff's Department policies interpreting the California statutory good cause requirement therefore survived a Second Amendment challenge. *Id.* For the same reasons, the Orange County Sheriff–Coroner Department's policy regarding good cause to issue a concealed carry license does not violate the Second Amendment, and we affirm the district court's order denying a preliminary injunction to prohibit enforcement of the policy.

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.